THEODORE BAKER et al., Appellants, *v.* MARY E. DUFF et al., Respondents.

(Submitted November 9, 1914; decided November 17, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 570.)